Opinion
issued January 27, 2011




 
 
 
 
 




 

 

 

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01B09B00836BCV

 



 

ISAIAH HICKS, JR.,
Appellant

 

V.

 

RICK PERRY, Appellee

 



 

On Appeal from the 412th
District Court

Brazoria County, Texas

Trial Court Cause No. 39940

 



 

MEMORANDUM
OPINION








Appellant, Isaiah Hicks, Jr., has failed to
timely file a brief.  See Tex. R. App. P. 38.8(a) (failure of
appellant to file brief).  After being
notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

The appeal is dismissed for want of
prosecution for failure to timely file a brief. 


We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Justices Jennings, Higley and Brown.